UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD YANEZ VASQUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF MERCED CORRECTIONAL FACILITY, et al.,<br><br>　　　　Defendants.<br>_____ / | CASE No. 1:13-cv-00158-MJS (PC)<br><br>ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT<br><br>(ECF No. 9)<br><br>THIRTY DAY DEADLINE |

  Plaintiff Edward Vasquez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on February 1, 2013 pursuant to 42 U.S.C. § 1983. (ECF No. 1.) The Complaint was dismissed on February 14, 2013 for failure to state a claim, but with leave to file a First Amended Complaint by not later than March 20, 2013. (ECF No. 6.) The Court subsequently extended the deadline to April 15, 2013. (ECF No. 8.)

  Pending before the Court is Plaintiff's Letter to the Court requesting a further extension of time to file an amended pleading on grounds he has yet to obtain the information necessary and is being hindered by his recent facility transfer.

  Good cause having been presented to the Court and GOOD CAUSE

-1-

APPEARING THEREFOR, IT IS HEREBY ORDERED that Plaintiff's Letter the Court requesting a further extension of time to file an amended pleading (ECF No. 9) is GRANTED such that he shall file his First Amended Complaint within thirty days from service of this Order.

IT IS SO ORDERED.

Dated: April 15, 2013         /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE